UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

Jessie Jae Park, et al.,

                    Plaintiffs,

  -against-

Raza Pirzada, et al.,

                    Defendants.
-------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 26 2005 ★

P.M. _____
TIME A.M. _____

JUDGMENT

99-cv-4611 (ARR)

An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge,

having been filed on August 23, 2005, adopting the oral Report and Recommendation of

Magistrate Judge Viktor V. Pohorelsky, dated February 2, 2005, in its entirety, as the opinion of

the Court pursuant to 28 U.S.C., Section 636(b)(l); striking defendants Pirzada and Sidhki's

answer in the main case and entering default judgment; dismissing, with prejudice, the third party

complaint of defendants Pirzada and Sidhki against State Farm Insurance Company and directing

entry of judgment against defendants-third party plaintiffs Pirzada and Sidhki on those claims;

dismissing without prejudice, by agreement of the parties as stated on the record February 2,

2005, before Magistrate Judge Pohorelsky, Plaintiffs' direct claim against defendant State Farm

Insurance Company; and directing the Clerk to enter judgment accordingly; it is

ORDERED and ADJUDGED that Plaintiffs take nothing of the defendants; that the

February 2, 2005, oral Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is

adopted in its entirety; that defendants Pirzada and Sidhki's answer in the main case is stricken

and that default judgment is hereby entered; that the third party complaint of defendants Pirzada

and Sidhki against defendant State Farm Insurance Company is dismissed with prejudice and

judgment is entered against defendants-third party plaintiffs Pirzada and Sidhki on those claims;

and that, by agreement of the parties as stated on the record on February 2, 2005, before

Magistrate Judge Viktor V. Pohorelsky, Plaintiffs' direct claim against defendant State Farm

Insurance Company is dismissed without prejudice.


Dated: Brooklyn, New York
       August 25, 2005


                                    Robert C. Heinemann
                                    Clerk of Court



                                    By:___s/Terry Vaughn_____
                                         Terry Vaughn
                                         Chief Deputy Clerk for Operations